KATHY J. HUANG (SBN 240677)
E-mail: kathy.huang@alston.com
JONATHAN J. KIM (SBN 312145)
E-mail: jonathan.kim@alston.com
**ALSTON & BIRD LLP**
333 South Hope Street, Suite 1600
Los Angeles, CA 90071
Telephone: +1 213 576 1000
Facsimile: +1 213 576 1100

Attorneys for Defendant
**ILLINOIS MUTUAL LIFE INSURANCE COMPANY**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK LOWENBERG, an individual; LORETTA ASHTON LOWENBERG, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>ILLINOIS MUTUAL LIFE INSURANCE COMPANY, an Illinois corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 4:21-cv-09739-HSG<br><br>(Removed from Marin County Superior Court Case No. CIV2103807)<br><br>**ORDER ON JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Filing Date:  November 1, 2021<br>Removal Date:  December 17, 2021 |

ORDER

# ORDER

Plaintiffs Frank Lowenberg and Loretta Ashton Lowenberg (collectively, "Plaintiffs'), and Defendant Illinois Mutual Life Insurance Company ("Illinois Mutual") having so stipulated, IT IS HEREBY ORDERED that Illinois Mutual's time to respond to Plaintiffs' Complaint is hereby extended to and including January 17, 2022.

**IT IS SO ORDERED**.

DATED:  12/23/2021

Honorable Haywood S. Gilliam, Jr.
Judge of the Northern District of California