| | |
|---|---|
| 1 | KATHY J. HUANG (SBN 240677) |
| 2 | E-mail: kathy.huang@alston.com |
|   | JONATHAN J. KIM (SBN 312145) |
| 3 | E-mail: jonathan.kim@alston.com |
|   | **ALSTON & BIRD LLP** |
| 4 | 333 South Hope Street, Suite 1600 |
|   | Los Angeles, CA  90071 |
| 5 | Telephone:  +1 213 576 1000 |
|   | Facsimile:   +1 213 576 1100 |

Attorneys for Defendant
**ILLINOIS MUTUAL LIFE INSURANCE COMPANY**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK LOWENBERG, an individual; LORETTA ASHTON LOWENBERG, an individual, <br><br>          Plaintiffs, <br><br>     v. <br><br> ILLINOIS MUTUAL LIFE INSURANCE COMPANY, an Illinois corporation; and DOES 1-50, inclusive, <br><br>          Defendants. | Case No.: 4:21-cv-09739-HSG <br><br> (Removed from Marin County Superior Court Case No. CIV2103807) <br><br> **ORDER ON JOINT STIPULATION PURSUANT TO LOCAL RULE 6-2 TO EXTEND PLAINTIFFS' TIME TO FILE OPPOSITION TO DEFENDANT ILLINOIS MUTUAL LIFE INSURANCE COMPANY'S MOTION TO DISMISS TO MARCH 30, 2022, AND TO EXTEND DEFENDANT ILLINOIS MUTUAL LIFE INSURANCE COMPANY'S TIME TO FILE REPLY TO MOTION TO DISMISS TO APRIL 27, 2022** <br><br> Filing Date:     November 1, 2021 <br> Removal Date:  December 17, 2021 |

ORDER

# ORDER

Plaintiffs Frank Lowenberg and Loretta Ashton Lowenberg (collectively, "Plaintiffs'), and Defendant Illinois Mutual Life Insurance Company ("Illinois Mutual") having so stipulated, IT IS HEREBY ORDERED that:

1. The deadline for Plaintiffs to file their Opposition to Illinois Mutual's Motion to Dismiss be extended from March 2, 2022 to March 30, 2022;

2. The deadline for Illinois Mutual to file its Reply to Motion to Dismiss be extended from March 9, 2022 to April 27, 2022.

**IT IS SO ORDERED**.

DATED: 2/24/2022

_____
Honorable Haywood S. Gilliam, Jr.
District Court Judge of the Northern District of California