1  **LAW OFFICES OF GARY R. CARLIN**
   GARY R. CARLIN, CSBN: 44945
2  gary@garycarlinlaw.com
   301 East Ocean Blvd., Suite 1550
3  Long Beach, California 90802
   Telephone: (562) 432-8933
4  Facsimile:  (562) 435-1656

5  Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK LOWENBERG, an individual; LORETTA ASHTON LOWENBERG, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> ILLINOIS MUTUAL LIFE INSURANCE COMPANY, an Illinois corporation; and DOES 1 through 50, inclusive <br><br> Defendants. | CASE NO.: 4:21-cv-09739-HSG <br><br> **ORDER RE: JOINT STIPULATION PURSUANT TO LOCAL RULE 6-2 TO EXTEND PLAINTIFFS' TIME TO FILE OPPOSITION TO DEFENDANT ILLINOIS MUTUAL LIFE INSURANCE COMPANY'S MOTION TO DISMISS TO APRIL 20, 2022 AND TO EXTEND DEFENDANT ILLINOIS MUTUAL LIFE INSURANCE COMPANY'S TIME TO FILE REPLY TO MOTION TO DISMISS TO MAY 18, 2022** |

-1-

ORDER

## ORDER

The Court orders the following:

(1) Plaintiff's time to oppose to Defendant's Motion to Dismiss is continued to April 20, 2022.

(2) Defendant's time to reply to opposition to motion to dismiss is continued to May 18, 2022.

IT IS SO ORDERED

Dated: 3/31/2022

_____
Hon. Haywood S. Gilliam, Jr.