1  KATHY J. HUANG (SBN 240677)
   E-mail: kathy.huang@alston.com
2  JONATHAN J. KIM (SBN 312145)
   E-mail: jonathan.kim@alston.com
3  **ALSTON & BIRD LLP**
   333 South Hope Street, Suite 1600
4  Los Angeles, CA 90071
   Telephone: +1 213 576 1000
5  Facsimile: +1 213 576 1100

6  Attorneys for Defendant
7  **ILLINOIS MUTUAL LIFE INSURANCE COMPANY**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK LOWENBERG, an individual; LORETTA ASHTON LOWENBERG, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>ILLINOIS MUTUAL LIFE INSURANCE COMPANY, an Illinois corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 4:21-cv-09739-HSG<br><br>(Removed from Marin County Superior Court Case No. CIV2103807)<br><br>Assigned to the Hon. Haywood S. Gilliam, Jr.<br><br>**ORDER GRANTING DEFENDANT ILLINOIS MUTUAL LIFE INSURANCE COMPANY'S REQUEST FOR TELEPHONIC APPEARANCE FOR HEARING ON MOTION TO DISMISS SCHEDULED FOR JULY 21, 2022**<br><br>DATE: July 21, 2022<br>TIME: 2:00 p.m.<br>PLACE: Courtroom 2<br>　　　　 1301 Clay St.<br>　　　　 Oakland, CA 94612<br><br>Filing Date: November 1, 2021<br>Removal Date: December 17, 2021 |

# ORDER

Having reviewed Defendant Illinois Mutual Life Insurance Company's ("Illinois Mutual") Request for Telephonic Appearance for Hearing on Motion to Dismiss Scheduled for July 21, 2022, IT IS HEREBY ORDERED THAT:

1.  Illinois Mutual's counsel, Ms. Kathy J. Huang, may appear telephonically for the hearing on Illinois Mutual's Motion to Dismiss, scheduled for July 21, 2022, at 2:00 p.m.  Dial-in information to access the call:  Dial-In:  888-808-6929/Passcode: 6064255.

**IT IS SO ORDERED**.

DATED:  7/18/2022

_____
Honorable Haywood S. Gilliam, Jr.
District Court Judge of the Northern District of California