**LAW OFFICES OF GARY R. CARLIN, APC**
GARY R. CARLIN, CSBN: 44945
gary@garycarlinlaw.com
IAN STERLING, CSBN: 302941
*ian@garycarlinlaw.com*
301 East Ocean Boulevard, Suite 1550
Long Beach, California 90802
Telephone: (562) 432-8933
Fax: (562) 435-1656

Attorneys for Plaintiffs,
FRANK LOWENBERG and LORETTA ASHTON LOWENBERG

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK LOWENBERG, an individual; LORETTA ASHTON-LOWENBERG, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>ILLINOIS MUTUAL LIFE INSURANCE COMPANY, an Illinois corporation; and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO.: 4:21-cv-09739-HSG<br><br>(Removed from Marin Count Superior Court Case No. CIV2103807)<br><br>Assigned to the Hon. Haywood S. Gilliam, Jr.<br><br>**ORDER GRANTING PLAINTIFFS FRANK LOWENBERG AND LORETTA ASHTON-LOWENBERG'S REQUEST FOR TELEPHONIC APPEARANCE FOR HEARING ON MOTIO TO DISMISS SCHEDULED FOR JULY 21, 2022.**<br><br>Date:   July 21, 2022<br>Time:   2:00 p.m.<br>Place:  Courtroom 2<br><br>        1301 Clay St.<br>        Oakland, CA 94612<br><br>Filing Date: November 1, 2021<br>Removal Date: December 17, 2021 |

-1-

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

Having reviewed Plaintiffs Frank Lowenberg and Loretta-Ashton Lowenberg's Request for Telephonic Appearance for Hearing on Motion to Dismiss Scheduled for July 21, 20022, IT IS HEREBY ORDERED THAT:

1. Plaintiffs Frank Lowenberg and Loretta Ashton-Lowenberg's counsel, Gary R. Carlin, may appear telephonically for the hearing on Illinois Mutual's Motion to Dismiss, scheduled for July 21, 2022, at 2:00 p.m. Dial-in information to access the call: Dial-In: 888-808-6929/Passcode: 6064255.

IT IS SO ORDERED.

Date: July 21, 2022

Haywood S. Gilliam, Jr.

Hon. Haywood S. Gilliam, Jr.
United States District Court
Northern District of California