1  KATHY J. HUANG (SBN 240677)
   E-mail: kathy.huang@alston.com
2  **ALSTON & BIRD LLP**
   333 South Hope Street, Suite 1600
3  Los Angeles, CA  90071
   Telephone:  +1 213 576 1000
4  Facsimile:  +1 213 576 1100

5  Attorneys for Defendant
   **ILLINOIS MUTUAL LIFE INSURANCE COMPANY**
6

7
                    **UNITED STATES DISTRICT COURT**
8
                    **NORTHERN DISTRICT OF CALIFORNIA**
9

| | |
|---|---|
| FRANK LOWENBERG, an individual; LORETTA ASHTON LOWENBERG, an individual, | Case No.: 4:21-cv-09739-HSG |
| | (Removed from Marin County Superior Court Case No. CIV2103807) |
| Plaintiffs, | Assigned to the Hon. Haywood S. Gilliam, Jr. |
| v. | |
| ILLINOIS MUTUAL LIFE INSURANCE COMPANY, an Illinois corporation; and DOES 1-50, inclusive, | **ORDER GRANTING MOTION TO WITHDRAW JONATHAN J. KIM AS COUNSEL OF RECORD** |
| Defendants. | |
| | Filing Date:   November 1, 2021<br>Removal Date:  December 17, 2021 |

ORDER

# ORDER GRANTING
## MOTION TO WITHDRAW JONATHAN J. KIM

Having carefully considered Defendant Illinois Mutual Life Insurance Company's ("Illinois Mutual") Motion to Withdraw Jonathan J. Kim as Counsel of Record and for good cause shown, the Court finds that the Motion should be granted and Mr. Kim should be allowed to withdraw from this action as counsel for Illinois Mutual.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

a. The Docket Clerk for the United States District Court for the Northern District of California is hereby ordered to remove Mr. Kim as counsel for Illinois Mutual in this case; and

b. Mr. Kim shall no longer receive electronic notices and service through the CM/ECF system for this case.

SO ORDERED, this 1st day of September, 2022.

Honorable Haywood S. Gilliam, Jr.
Judge, United States District Court
Northern District of California