UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK LOWENBERG, et al.,<br><br>   Plaintiffs,<br><br>  v.<br><br>ILLINOIS MUTUAL LIFE INSURANCE COMPANY,<br><br>   Defendant. | Case No. 21-cv-09739-HSG<br><br>**ORDER DENYING MOTION TO STAY**<br><br>Re: Dkt. No. 61 |

Before the Court is Defendant's motion to stay the case pending the resolution of a later-filed related case, *Lowenberg v. Illinois Mutual Life Insurance Co.*, No. 4:22-cv-5329-HSG. Dkt. No. 61. Plaintiff opposes the motion. *See* Dkt. No. 62. The Court finds that this matter is appropriate for disposition without oral argument and the matter is deemed submitted. *See* Civil L.R. 7-1(b). Under the United States Supreme Court's *Landis* decision, a district court has "discretionary power to stay proceedings in its own court." *Lockyer v. Mirant Corp.*, 398 F.3d 1098, 1109 (9th Cir. 2005) (citing *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936)). Having reviewed the parties' arguments, the Court finds no persuasive basis for staying this first-filed case (which was filed a year ago, has survived a motion to dismiss, and has a motions deadline and trial date in place). The Court thus **DENIES** the motion. Dkt. No. 61. This order terminates the administrative motion to advance the hearing. Dkt. No. 63.

**IT IS SO ORDERED.**

Dated: 12/15/2022

HAYWOOD S. GILLIAM, JR.
United States District Judge