1  KATHY J. HUANG (SBN 240677)
   E-mail: kathy.huang@alston.com
2  GILLIAN H. CLOW (SBN 298966)
   E-mail: gillian.clow@alston.com
3  **ALSTON & BIRD LLP**
   333 South Hope Street, Suite 1600
4  Los Angeles, CA   90071
   Telephone:  +1 213 576 1000
5  Facsimile:   +1 213 576 1100

6  Attorneys for Defendant
   **ILLINOIS MUTUAL LIFE INSURANCE COMPANY**
7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANK LOWENBERG, an individual; LORETTA ASHTON LOWENBERG, an individual,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ILLINOIS MUTUAL LIFE INSURANCE COMPANY, an Illinois corporation; and DOES 1-50, inclusive,<br><br>　　　　Defendants. | Case No.: 4:21-cv-09739-HSG<br><br>(Removed from Marin County Superior Court Case No. CIV2103807)<br><br>Assigned to the Hon. Haywood S. Gilliam, Jr.<br><br>**ORDER ON JOINT STIPULATION REGARDING COMPLIANCE WITH JANUARY 10, 2023 MEDIATION COMPLETION DEADLINE**<br><br>Filing Date:　　November 1, 2021<br>Removal Date:　December 17, 2021 |

**ORDER**

Plaintiff Frank Lowenberg ("Plaintiff") and Defendant Illinois Mutual Life Insurance Company ("Illinois Mutual") having so stipulated, IT IS HEREBY ORDERED that:

1. The Parties are in compliance with this Court's October 12, 2022 Order Selecting ADR Process requiring the Parties to mediate on or before January 10, 2023 because they will mediate with Hon. Michael A. Latin (Ret.) on January 20, 2023.

**IT IS SO ORDERED**.

Dated:   12/28/2022

Honorable Haywood S. Gilliam, Jr.
District Court Judge of the Northern District of California