KATHY J. HUANG (SBN 240677)
E-mail: kathy.huang@alston.com
GILLIAN H. CLOW (SBN 298966)
E-mail: gillian.clow@alston.com
BROOKE H. BOLENDER (SBN 340689)
E-mail: brooke.bolender@alston.com
**ALSTON & BIRD LLP**
333 South Hope Street, Suite 1600
Los Angeles, CA  90071
Telephone:  +1 213 576 1000
Facsimile:   +1 213 576 1100

Attorneys for Defendant
**ILLINOIS MUTUAL LIFE INSURANCE COMPANY**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK LOWENBERG, an individual; LORETTA ASHTON LOWENBERG, an individual,<br><br>    Plaintiffs,<br><br>  v.<br><br>ILLINOIS MUTUAL LIFE INSURANCE COMPANY, an Illinois corporation; and DOES 1-50, inclusive,<br><br>    Defendants. | Case No.: 4:21-cv-09739-HSG<br><br>(Removed from Marin County Superior Court Case No. CIV2103807)<br><br>Assigned to the Hon. Haywood S. Gilliam, Jr.<br><br>**ORDER DENYING DEFENDANT ILLINOIS MUTUAL LIFE INSURANCE COMPANY'S REQUEST FOR TELEPHONIC APPEARANCE FOR APRIL 20, 2023 HEARING ON MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>DATE:        April 20, 2023<br>TIME:        2:00 p.m.<br>PLACE:      Courtroom 2<br>                   1301 Clay St.<br>                   Oakland, CA 94612<br><br>Filing Date:     November 1, 2021<br>Removal Date:  December 17, 2021 |

**ORDER**

Having reviewed Defendant Illinois Mutual Life Insurance Company's ("Illinois Mutual") Request for Telephonic Appearance for the hearing on Plaintiff's Motion for Leave to File a First Amended Complaint Scheduled for April 20, 23 at 2:00 p.m., IT IS HEREBY ORDERED THAT:

1.      Illinois Mutual's counsel, Ms. Kathy J. Huang, may **not** appear telephonically for the hearing on Plaintiff's Motion for Leave to File a First Amended Complaint scheduled for April 20, 2023, at 2:00 p.m.

**IT IS SO ORDERED**.



DATED:   4/17/2023

Honorable ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
District ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ Northern District
of Cali~~~~~~~~~~~

2

ORDER DENYING DEFENDANT'S REQUEST FOR TELEPHONIC APPEARANCE